IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH DANIEL ANTHONY,

    Petitioner,

v.                                         CASE NO.  4:13cv273-RH/CAS

ERIC HOLDER, JR. et al.,

    Respondents.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No.5.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  This case is transferred to the United States District Court for the Northern District of Alabama, Middle Division.  The clerk must take all steps necessary to effect the transfer.

SO ORDERED on July 23, 2013.

                                      s/Robert L. Hinkle
                                      United States District Judge