IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **JOSEPH DANIEL ANTHONY,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:13-cv-1423-WMA-PWG |
| **SCOTT HASSELL, Warden,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This case is before the court on the Petition for Habeas Corpus brought by petitioner, Joseph Daniel Anthony ("Petitioner"), pursuant to 28 U.S.C. § 2241. Petitioner initially filed this case on May 8, 2013, in the Northern District of Florida. (Doc. # 1). On July 31, 2013, the case was transferred to the Northern District of Alabama. (Doc. # 7).

Upon review, the assigned magistrate judge found a preceding § 2241 petition pending in this district; it was filed by Petitioner on April 24, 2013. (*See Anthony v. Hassell, et al.,* No. 4:13-cv-0767-SLB-PWG). Further review reveals that the two petitions seek identical relief and are, in fact, nearly identical copies of one another. (*Compare* 4:13-cv-0767-SLB-PWG Doc. # 1 *with* 4:13-cv-1427-WMA-PWG Doc. # 1). Accordingly, on November 20, 2013, the magistrate judge ordered Petitioner to show cause within fourteen (14) days why this later-filed petition should not be dismissed as duplicative. (Doc. # 8). Petitioner has filed nothing in response to this order.

Accordingly, this case is due to be dismissed as duplicative of Petitioner's earlier-filed and currently pending § 2241 habeas petition.

An appropriate order will be entered.

DONE this 10th day of December, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE